No. 235. EDWARD VALVES, INC., ET AL. v. CAMERON IRON WORKS ET AL. C. A. 5th Cir. Certiorari denied. *Garrett B. Tucker, Jr., William A. Strauch, John D. Nies* and *Frank B. Pugsley* for petitioners. *James B. Simms* for respondents.

No. 249. UNION RAILROAD CO. v. IMM. C. A. 3d Cir. Certiorari denied. *Elder W. Marshall* for petitioner.

No. 251. O'CONNELL ET AL. v. ALLEN, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL. Court of Appeals of New York. Certiorari denied. *Louis Mansdorf* and *Emanuel N. Frankel* for petitioners. *Charles A. Brind* for respondents. *Mathias F. Correa* and *Irwin Schneiderman* for the New York State Society of Certified Public Accountants, as *amicus curiae.*

No. 253. DURGIN ET AL. v. STOFFEL ET AL. Supreme Court of Florida. Certiorari denied. *Franklin W. Durgin* for petitioners.

No. 259. TINNERMAN PRODUCTS, INC., v. GEORGE K. GARRETT CO., INC. C. A. 3d Cir. Certiorari denied. *Albert R. Teare* for petitioner.

No. 260. LOCAL 239, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Charles R. Katz* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.